B 5 (Official Form  5) (12/07)

# UNITED STATES BANKRUPTCY COURT

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>REGINALD CUPID NOBLE | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>REGINALD NOBLE, REGINALD C. NOBLE,NOBLE,<br>REGINALD C., :Reginald: Noble, REGINALD CUPID<br>NOBLE INCORPORATED, NOBLE JUDAH ALI-BEY, |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | Ali Bey, Noble-Judah |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>% 1533 Orland Street<br>Philadelphia Pennsylvania 19126-9998 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Philadelphia<br><br>ZIP CODE<br>19126 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
United States Independent Treasury-ss Postal accounts,

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>a state controlled trust corporation | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>REGINALD NOBLE-ss-trust corporation | Case Number | Date |
|---|---|---|
| Relationship<br>Postal Depository | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

SEP   2016

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor REGINALD CUPID NOE

Case No. _____

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Judah A. Bey Isra'El_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Judah A. Bey Isra'El General Executor   09/01/2016 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing        P.O. Box 48324 | Address |
| Address of Individual   Philadelphia Pensylvania | |
| Signing in Representative   19144-9998 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _as bey israel, judah_   General Executor | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Reginald: Noble               09/01/2016 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing        P.O. Box 48324 | Address |
| Address of Individual   Philadelphia Pennsylvania | |
| Signing in Representative   19144-9998 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Reginald: Noble 1533 Orland Street Philadelphia Pa. 19126 | Master Account Owner | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| noble el, reginald cupid, cestui que trust | Natural Creditor | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

_____ continuation sheets attached

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | REGINALD | CUPID | NOBLE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | NOBLE | JUDAH | ALI BEY |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Reginald:Noble- North American Free man<br><br>Description of property: Property Located at 1907 Skippack Pike Blue Bell 19422<br>securing debt: All assets held by Social Security No. 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/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 First No. Never given property | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Reginald:Noble- North American Free man<br><br>Description of property: All assets held by Social Security No. 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/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 First No.<br>securing debt: | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Reginald:Noble- North American Free man<br><br>Description of property: All land and Property taken 8026 Lindbergh Blvd 19143<br>securing debt: 117 West Washington Lane 19144 | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    REGINALD          CUPID          NOBLE          Case number (if known)_____
            First Name    Middle Name        Last Name

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Reginald Cupid Noble | ☑ No |
| Description of leased property: Drivers License-Pennsylvania | ☐ Yes |
| Lessor's name: Reginald Cupid Noble | ☑ No |
| Description of leased property: Certificate  of Live Birth-Pennsylvania | ☐ Yes |
| Lessor's name:  Reginald Cupid Noble | ☑ No |
| Description of leased property:  Voter Card- Pennsylvania | ☐ Yes |
| Lessor's name: Reginald  Cupid Noble | ☑ No |
| Description of leased property:  Certificate of Baptism | ☐ Yes |
| Lessor's name: Reginald Cupid Noble | ☑ No |
| Description of leased property:  All other unidentified leases | ☐ Yes |
| Lessor's name:  Reginald Cupid Noble | ☒ No |
| Description of leased property:  Social Security Card | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

By: Reginald C. Noble
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 09 09 2016
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

This Form for Private Bankruptcy Transaction                                Case No._____

Declaration under Penalty of Perjury on Behalf of the Corporation known as REGINALD CUPID NOBLE
File Date 09/08/1950 162889-1950, ss Postal Independent Treasury Public Trust & Private Banking Indenture
Corporation, ▮▮▮▮ see DD-214, ▮▮▮▮

Here is the Judgment debtor REGINALD CUPID NOBLE, as the artificially formed person, the indenture trustee and the sole
official Corporate United States employee of the above named corporation has been incorporated in the State of
Pennsylvania Entity No. ▮▮▮ and Reginald Cupid Noble Cestui Que Trust, ▮▮▮ and that this declaration is in
support of the Bankruptcy Rules and guidelines being deemed filed under a Private Bankruptcy "Miscellaneous Filing" for
the Involuntary Liquidation of this SS indentured account in the private between the judgment debtor, and the Judgment
creditor, as the judgment debtor, I **DO NOT** give consent to the Court (per 11 USC sect 984) any jurisdiction or power to
interfere with this private transaction, this is a private matter being performed to move towards completion of the ACT OF
CESSION OF GOODS, to transfer all assets held by the Debtor over to the  now creditor that was publicly posted and was
ever rebutted per the Law

I declare under penalty of perjury that I have read the form PROOF OF CLAIM which is valid  and the INVOLUNTRY
PETITION, and I am now filing this Chapter 7 (Seven) Individual debtor's Statement of Intention, to help complete the
process, I have also reviewed all the other documents filed to support this Liquidation and Termination of the REGINALD
NOBLE Social Security Postal Independent Treasury,

And the Liquidation of all assets from Fidelity Investments under cusip no. 315918755, the satisfaction of all liens and
judgments owed to the injured party, that was agreed by acquiesce, UCC Filing No. 201200594580MA, 12-12-22-5350-
VA, all certified by the perspective States in good standings all assets from these liens are to distributed to all states
equally for humanitarian purposes only, foreclosed property homelessness, roads and bridges water treatment without
fluoride, other proceeds

I declare in righteousness, and spiritual belief that a Education Trust will be setup for the University of Pennsylvania,  for
any student in the City of Philadelphia Only, along with other Guide lines included, I/We pray that in compliance with the
Bankruptcy Laws of this country  and the contract Laws of Seven, it has also been found to be correct to the best of my
foundational information reviewed and my beliefs, therefore it has benn determined that these documents are the correct
ones to be used to terminate any and all contract with any and all corporation that have benefited from the Master Account
Holders Estate/Cestui Que Trust accounts, Therefore within the confounds of this Contract I/We Order the Liquidation and
Termination of all henceforth.

Date: 09/09/2016

Signature:_____ Thump Print
REGINALD CUPID NOBLE
ss Indenture Corporation-Employee

Autograph: ibey isra'el, judah
Judah A. Bey Isra'El, CAF No.0308-29298R
General Executor/Benefactor

For the Record: 11 USC 904: Limitation on jurisdiction, and powers of the Court, notwithstanding
Unless the debtor consents or the plan so provides, the court may not, by any stay, order, or decree
In the case or otherwise, interfere with:
   (1)  any of the political or governmental powers of the debtor
   (2)  any of the property or revenues of the debtor: and
   (3)  the debtors use or employment of any income-producing property

**Proof of Claim form attachment,**
**Supportive Written Claim Statement**                                        Case Number:_____

I am the Owner/Creditor Master Account Holder/Benefactor, over the US Independent Treasury-Social Security Postal Public Trust & Private Banking Corporation Account known as REGINALD NOBLE-Independent Treasury-Social Security "Postal Public Trust & Private Banking Corporation" Account operating under [ ]all initial birthing inheritance property held in the U.S. Independent Treasury-Social Security Postal Account 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, Trust Funds and "Special Funds" after the Involuntary Liquidation are to be released to me for my direct accessing; and

The "REGINALD NOBLE-Independent Treasury-Social Security Postal Public Trust & Private Banking Corporation" has been operating as an artificial created corporation as the debtor to me; the alive individual "OWNER/CREDITOR", this liquidating action is in full compliance with the Law as I am the Creditor and owner of this SS Account and I am over the age of 25 of which was to be termination time of this **seven** year governmental Social Security Contract, this contracted account has been utilized by the corporate governments to fund their State of Bankruptcy due to the fact that they can own nothing and have to zero their books every year, the corporate governments have been utilizing my corporation 's assets by way of secret liens derived from the corporate employee registration to vote thereby backing the bills and other lien and bonding instruments that they utilize (Titles, Deeds, DL, and licenses); and

All public trust corporate governmental and monetary documents in the form of; Trade acceptances, secret liens, and secret bonds under their three year FRB, wagering contracts are ordered to be brought into settlement and closed out, this also includes any and all deceptive taxing liens that have been issued; and

The man in commerce "Reginald Noble"-has quit his job as a REGINALD NOBLE, Independent Treasury-Social Security "Postal Public Trust & Private Banking Corporate employee" based on the fact that this Independent Treasury-Social Security "Postal Public Trust & Private Banking Corporation" is being ordered to be involuntarily liquidated by the Sole/Owner/Creditor, however he will be available to support the clean-up process but under the status of a non-commerical employee, he will now only be operating in private commerce, after this liquidation using real assets as the just medium of exchange; and

This liquidation of the "REGINALD NOBLE" – Independent Treasury- Social Security "Postal" Public Trust & Private Banking Corporation "Account [ ] has been ordered by the Will of the Owner/Master/Creditor of the SS "Postal Corporation" account per the necessary forms and hereby attested too by the Signature of the alive and the autograph of man of the Most High,

The is the (Order) to the World of the Dead (Artificial Creation)

11 USC 904.Limition on Jurisdiction and Powers of The Court
Notwithstanding any power of the Court, unless the debtor consents or the plan so provides, the Court may not, by any Stay, Order, or Decree, in the Case or otherwise, **INTERFERE** with,
(1) any of the political or governmental powers of the debtor;
(2) any of the property or revenues of the debtor; or
(3) the debtor's use or enjoyment of any income-producing property

Date: **09/09/2016**

Autograph By: _Judah A Bey Isra'El_

Judah A Bey Isra'El, a free aboriginal Heir
General Executor/Benefactor/Authorized
Representative FOR THE REGINALD NOBLE, SSN
and the Cestui Que TrustCAF No. 0308-29298R

Seal

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor:<br><br>REGINALD CUPID NOBLE | Case Number: | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Noble El Divine Supreme Trust

**COURT USE ONLY**

| Name and address where notices should be sent:<br>Judah A. Bey Isra'El, General Executor/Benefactor<br>c/o 1533 Orland Street<br>Philadelphia, Pennsylvania Republic | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*) |
|---|---|
| Telephone number:            email:judah194961 @gmail.com<br>973-525-3530 | Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number:            email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** securities per deem,car loan,mortgages,notes, bonds
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**<br>9852 | **3a. Debtor may have scheduled account as:**<br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>(See instruction #3b) |
|---|---|---|

| **4. Secured Claim (See instruction #4)**<br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information. | **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**<br>$ _____ |
|---|---|
| **Nature of property or right of setoff:** ☐Real Estate  ☐Motor Vehicle  ☐Other<br>Describe: | **Basis for perfection:** _____ |
| **Value of Property:** $ _____ | **Amount of Secured Claim:** $ _____ |
| **Annual Interest Rate** _____ % ☐Fixed or ☐Variable<br>(when case was filed) | **Amount Unsecured:** $ _____ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5). | **Amount entitled to priority:** |
|---|---|---|---|
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(___). | $ _____ |

*\*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)      2

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above): _____

(Signature)                  (Date)

Telephone number: _____ email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)

3

_____ **DEFINITIONS** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____ **INFORMATION** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system
(www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of:                                    Case No. _____

REGINALD CUPID NOBLE-SS Corporation No. ▮▮▮▮

                                                     Adversary No._____
Reginald: Noble-SS Creditor/Owner
            Plaintiff

vs

REGINALD CUPID NOBLE-SS Corporation ▮▮▮▮
Certificate No. ▮▮▮▮
            Defendant

## Writ for Execution

| Name of Address for Judgment Creditor | Amount of Judgment |
|---|---|
| Reginald: Noble | $ Full Amount after settlement per attached |
| c/o 1533 Orland Street | Clerk's Fee, to be paid by Judgment Debtor |
| Philadelphia Pennsylvania 19126 | Other Costs: |
| v | To be paid by the Judgment Debtor |
| Name of Judgment Debtor | Interest from_____ |

REGINALD NOBLE-Social Security Corporation $_____
No. ▮▮▮▮ an independent                Cost of the Writ:
Treasury-ss Postal Account             $ to be paid by the Judgment Debtor
c/o Secretary of the Treasury
The Enterprise Financial Management System

## To the United States Marshal Service for the Eastern District of Pennsylvania

You are directed to levy upon the property of the named judgment debtor to satisfy
a money judgment in accordance with the attached instructions .

### TO THE JUDGMENT DEBTOR:
You are notified the federal and state exemption may be available to you have a
right to seek a court order releasing as exempt any property specified from the levy.

Date:_____                  _____
                                       Clerk of the United States Bankruptcy Court

### UNITED STATES MARSHAL'S RETURN
I received this writ on_____day, in the month of_____in the year, 20_____
And executed the same on_____

_____          By:_____
United States Marshal              Deputy Marshal

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATTACHED INSTRUCTIONS
To be part of the writ for execution

Time and Place where Judgment Rendered
The Judgment for this Private Bankruptcy Miscellaneous filing action was held on_____
At the following location: c/o 1533 Orland Street, Philadelphia Pennsylvania 19126-9998; and

Meeting was held between the Judgment Debtor and the Judgment Creditors to complete the Liquidation of
the Social Security Corporation; and

Names and parties to the Action:
Reginald: as Alive Master-a North American-Creditor; and
Reginald: Noble as the Creditor/Owner for the Master"f" name- North American Creditor; and
Reginald: Noble- as the Private Man of Commerce "non-commercial" as aNorth American Creditor
Reginald: Noble as the REGINALD CUPID NOBLE- SS public corporate and commercial employee-U.S.
commercial citizen-DEBTOR
Reginald Noble- as the REGINALD NOBLE- SS Trust Indentured Trustee- DEBTOR

Names of Parties to the Judgment
Reginald: as Alive Master-a North American-Creditor; and
Reginald: Noble as the Creditor/Owner for the Master"f" name- North American Creditor; and
Reginald: Noble- as the Private Man of Commerce "non-commercial" as aNorth American Creditor
Reginald: Noble as the REGINALD CUPID NOBLE- SS public corporate and commercial employee-U.S.
commercial citizen-DEBTOR
Reginald Noble- as the REGINALD NOBLE- SS Trust Indentured Trustee- DEBTOR

Amount of Judgment
The amount of the judgment is for assets that are being held by the REGINALD NOBLE independent Treasury
Social Security "Postal Corporate Account No. ████████ as addressed in the attached form

Amount of Remaining Uncollected from Judgment;
If there is to be any items that cannot be settled then they are to be turned over to the next available
settlement date:

You are hereby Ordered to Levy (Seize) the following Accounts, Cusip No. Assets, EIN' Numbers from;
The REGINALD NOBLE- Independent Treasury, Cestui Que Trust, 45-6827466, REGINALD CUPID NOBLE 202-
40-9852, Cusip No. 315918755, and to pick up all public "bankruptcy "lease documents; I e. licenses, titles,
registrations, and other instruments to remove and settle all the public deceptive and false liens, per
corporate approval on official forms; and
The assets Delivery is to be either directly to Judah A. Bey Isra'El, CAF No. 0308-29298R General
Executor/Benefactor for REGINALD CUPID NOBLE, CESTUI QUE TRUST, at 1533 Orland Street Philadelphia
Pennsylvania 19126; and
All cost are to be paid by the Judgment Debtor therefore the United States Marshal's will add those cost/feesto
the amount to be collect items covered are all court and writ collection fees, per the Court schedule and the
United States Marshal's fees per 28 U.S.C. sect 1991, and  Pursuant to Article 100 Canon 2057.
Pursuant to: all parties agree with, 11 USC section 507, (A),(8)(F)(iii), (10)(c);

## PRAECIPE

**To the Judge of the Bankruptcy Court
For the Eastern District of Pennsylvania**   Case No._____

Date of Praecipe _09/09/2016_

You will release the Clerk of the Bankruptcy to comply with any Praecipes issued by the Judgment Debtor and the Judgment Creditor in the Private Bankruptcy action, as the Court is banned from any further interference in the Case per 11 USC sect 904 because the Judgment Debtor does not give consent to the Court, in addition the judgment debtor hereby renders all instruments (SS CARD and MEDICAL CARD and the total liquidation, Pursuant to, Title 11USC sub section 507 (A), (8)(F)(iii), (10)(c)

List Plaintiff's Name Below
Judgment Creditor_____ vs.

List Defendant's Name Below
Judgment Debtor_____

**Reginald: Noble-SS Creditor/Owner**

_____

_____

_____

**REGINALD NOBLE-Social Security Corporation**

**No.**                **an Independent Treasury-ss**

**Portal Account as a Public "Trust Fund" and a**

**Private Banking "Special Funds" Account**

_____

Any Court Case: $ to be drawn from the Judgment Debtor's account,

_REGINALD NOBLE_

Signature of the Judgment Debtor

_09, SEPTEMBER 2016_

Date:

## PRAECIPE

### To the Judge of the Bankruptcy Court
### For the Eastern District of Pennsylvania

You will issue a Writ of Execution in the case of:

List Plaintiff's Name Below                    List Defendant's Name Below
Judgment Creditor_____ vs.        Judgment Debtor_____

Reginald: Noble-SS Creditor/Owner          REGINALD NOBLE-Social Security Corporation

_____          N█████████ : an Independent Treasury-ss

_____          Portal Account as a Public "Trust Fund" and a

_____          Private Banking "Special Funds" Account

_____          c/o Secretary of the Treasury

Case No._____          Judgment for all assets held in ssn. Account

_____          ████████████████████████████

Interest Rate_____ NA _____ %

Date: Interest effective from ___ NA ___

Attorney Fees: _____ NA _____              Court Cost: to be paid by the Judgment Debtor

Payment Information:   Reginald: Noble_____
                       (Name of Person to Receive Payment)

                       1533 Orland Street_____
                       (Address)

                       Philadelphia Pennsylvania 19126-9998_____
                       (City, State and Zip Code)

By: Reginald: Noble
Autograph of Judgment Creditor

09 September 2016
Date:

B2070 (Form 2070) (12/15)

# United States Bankruptcy Court

_____ Eastern _____ District Of _Pennsylvania_____

In re          REGINALD NOBLE                     Case No. _____
                    Debtor*

Address:

                                                  Chapter _____

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s)., (if any): 9852
Employer Tax-Identification (EIN) No(s). (if any):

## CERTIFICATE OF RETENTION OF DEBTOR IN POSSESSION

I hereby certify that the above-named debtor continues in
possession of its estate as debtor in possession, no trustee having
been appointed.

                                    _____
                                    Clerk of the Bankruptcy Court

Date: _____                     By:

                                    _____
                                    Deputy Clerk

_____
* Set forth all names, including trade names, used by the debtor(s) within
the last 8 years. For joint debtors, set forth the last four digits of both
social-security numbers or individual taxpayer-identification numbers.

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0046

REGINALD C NOBLE CESTUI QUE TR
JUDAH A BEY ISRAEL GNRL EXECUTOR BE
10 FRANKLIN ST
VAUXHALL NJ 07088-1008

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT
EVEN IF YOU ALSO HAVE AN INQUIRY

---

the IRS address must appear in the window
0423499579

BODCD-SB

Use for payments

Letter Number: LTR3574C
Letter Date : 2015-04-29
Tax Period : 000000



*456827466*

INTERNAL REVENUE SERVICE

OGDEN UT 84201-0046
IlihiliihliIIIiiiiiIIIhiilliiihiliihlilihilihl

REGINALD C NOBLE CESTUI QUE TR
JUDAH A BEY ISRAEL GNRL EXECUTOR BE

10 FRANKLIN ST
VAUXHALL NJ 07088-1008

456827466 ON NOBL 00 2 000000 670 00000000000

Date Filed: 08/18/2014
Carol Aichele
Secretary of the Commonwealth

## PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

Articles of Incorporation-Nonprofit

(15 Pa.C.S.)

☒ Domestic Nonprofit Corporation (§ 5306)

Nonprofit Cooperative Corporation (§ 7102B)

| Name :Judah A.-:Bey Isra'El | Document will be returned to the name and address you enter to the left. |
|---|---|
| Address 10 Franklin Street | 018777 |
| City             State          Zip Code Vauxhall, State of New Jersey State 07088-9998 | C71298 |

Commonwealth of Pennsylvania
ARTICLES OF INCORPORATION-NON-PROFIT 3 Page(s)

Fee: $125

T142X060019

In compliance with the requirements of the applicable provisions (relating to articles of incorporation or cooperative corporations generally), the undersigned, desiring to incorporate a nonprofit/nonprofit cooperation corporation, hereby state(s) that:

1. The name of the corporation is:

REGINALD CUPID NOBLE

2. The (a) address of this corporation's current registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

(a) Number and Street         City         State       Zip       County
1533 Orland Street  Philadelphia, Commonwealth of Pennsylvania  19126 Philadelphia

(b) Name of Commercial Registered Office Provider                              County

c/o:

3. The corporation is incorporated under the Nonprofit Corporation Law of 1988 for the following purpose or purposes.

Humanitarian Projects, Arguiculture, Transportation,Education, Energy

4. The corporation does not contemplate pecuniary gain or profit, incidental or otherwise.

2014 AUG 18 AM 9: 01

PA. DEPT. OF STATE

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS
401 NORTH STREET, ROOM 206
P.O. BOX 8722
HARRISBURG, PA 17105-8722
WWW.CORPORATIONS.STATE.PA.US/CORP

REGINALD CUPID NOBLE

THE BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS IS HAPPY TO SEND YOU YOUR FILED DOCUMENT. THE BUREAU IS HERE TO SERVE YOU AND WANTS TO THANK YOU FOR DOING BUSINESS IN PENNSYLVANIA.

IF YOU HAVE ANY QUESTIONS PERTAINING TO THE BUREAU, PLEASE VISIT OUR WEB SITE LOCATED AT WWW.CORPORATIONS.STATE.PA.US/CORP OR PLEASE CALL OUR MAIN INFORMATION TELEPHONE NUMBER (717)787-1057. FOR ADDITIONAL INFORMATION REGARDING BUSINESS AND / OR UCC FILINGS, PLEASE VISIT OUR ONLINE "SEARCHABLE DATABASE" LOCATED ON OUR WEB SITE.

ENTITY NUMBER: 4288663

Judah A·Bey Isra'El
10 Franklin St
Vauxhall, NJ 07088

DSCB:15-5306/7102B-2

---

5. Check one of the following:

☒ The corporation is organized on a non-stock basis.

____ *Option for Nonprofit Cooperative Corporation Only:* The corporation is organized on a stock share basis.

---

6. For Nonprofit Corporation Only:

~~(Strike out if inapplicable): The corporation shall have no members.~~

~~(Strike out if inapplicable):~~ The incorporators constitute a majority of the members of the committee authorized to incorporate:       by       .
~~The requisite vote required by the organic law of the association for the amendment of such organic law.~~

---

7. For Nonprofit Cooperative Corporation Only:

Complete and strike out the inapplicable term  The corporation is a cooperative corporation and the common bond of membership among its (members) (shareholders) is:   NA

---

8. The name(s) and address(es) of each incorporator(s) is (are) *(all incorporators must sign below)*:

Name(s)    Address(es)
:Judah A.-:Bey Isra'El: 10 Franklin Street Vauxhall, State of New Jersey 07088-9998

---

9. The specified effective date, if any, is:

month    day    year    hour, if any

---

10. Additional provisions of the articles, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the incorporator(s) has/have signed these Articles of Incorporation this

12  day of August .

2014

_____ Judah a. bey isra'El
Signature

_____
Signature

_____
Signature

CIH 1119 28-063 651                                                                    WBI

**IRS** Internal Revenue Service
P.O. Box 6861
Philadelphia, PA  19114-0641

                                                          IF YOU WRITE OR CALL US,
                                                          REFER TO THIS INFORMATION
                                                          Notice Number: CP-547
                                                          Date of this notice: MAY 18, 2011
                                                          Representative (CAF) Number:
                                                          0308-29298R

003249,872393.0561.202 1 97 1.445 172                     Help Desk Number: 1-215-516-5996

                                                          FAX Number: 1-215-516-1017

JUDAH A BEV ISRAEL

                                                          Or you may write us at the address
                                                          shown at left.

w33249

## WE ASSIGNED YOU A
## CENTRALIZED AUTHORIZATION FILE (CAF) NUMBER

We received a Form 2848, Power of Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization, authorizing you to act for a taxpayer. We assigned you the permanent representative number shown above. We keep this information on a computerized Centralized Authorization File (CAF) and refer to your number as a CAF number.

Please refer to your CAF (representative) number when you contact us about the taxpayer's account. If you are authorized to act for more than one taxpayer, use the same CAF number when you contact us about any of their accounts. Include this CAF number with your name and address on any documents you give IRS as a representative for these taxpayers. In addition, please use this number if you submit any Forms 2848 or Forms 8821 in the future.

We will send all your representative-related correspondence, unless you note it, to you at the address shown on this notice. You may change your address of record by completing the new address and checking the address change box on Line 4 of Form 2848 or Form 8821.

If we erroneously assigned you more than one CAF number in case tax a copy of each CP 547 notice you received to the fax number shown at the top of this notice. The fax coversheet should describe the situation and indicate which of the multiple CAF numbers you wish to retain. Or you may contact us at the phone number shown above. If you do not indicate a preference, we will keep the earliest number issued.

If you have any questions about your CAF number or its use, please refer to Publication 216, Conference and Practice Requirements. Thank you for your cooperation.

Wiring Instructions

For the

Shield of Faith Embassy Trust

Account No.428-9603916

Routing No. 036001808

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

**1. LAST NAME-FIRST NAME-MIDDLE NAME:** NOBLE, REGINALD CUPID

**2. SERVICE NUMBER:** B46 72 52

**4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS:** NAVY USN

**5a. GRADE RATE OR RANK:** SR  **GRADE:** E-1  **PAY GRADE:** E-1

**6. DATE OF RANK:** DAY 27 MONTH MAY YEAR 71

**7. U.S. CITIZEN:** [XX] YES [ ] NO

**8. PLACE OF BIRTH (City and State or Country):** PHILADELPHIA, PENNSYLVANIA

**9. DATE OF BIRTH:** DAY 01 MONTH SEP YEAR 50

**10a. SELECTIVE SERVICE NUMBER:** 36 146 50 0455

**10b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE:** #146 PHILADELPHIA, PENNSYLVANIA

**DATE INDUCTED:** MONTH NA

**11a. TYPE OF TRANSFER OR DISCHARGE:** DISCHARGE

**11b. STATION OR INSTALLATION AT WHICH EFFECTED:** NAVAL STATION, PHILADELPHIA, PENNSYLVANIA

**12. REASON AND AUTHORITY:**

**EFFECTIVE DATE:** DAY 15 MONTH JUN YEAR 71

**12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** USS EL PASO

**13a. CHARACTER OF SERVICE:** REFER TO DD FORM 215

**13b. TYPE OF CERTIFICATE ISSUED:** REFER TO DD 215

**14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED:** NOT APPLICABLE

**15. REENLISTMENT CODE:**

**16. TERMINAL DATE OF RESERVE/UMTA'S OBLIGATION:** NOT APPLICABLE

**17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — SOURCE OF ENTRY:** [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER

**18a. TERM OF SERVICE (Years):** 02

**18b. DATE OF ENTRY:** DAY 04 MONTH NOV YEAR 69

**19. PRIOR REGULAR ENLISTMENTS:** NONE

**19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC:** SR

**20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State):** PHILADELPHIA, PENNSYLVANIA

**21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code):**

**22. STATEMENT OF SERVICE:**

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. NET SERVICE THIS PERIOD | 01 | 05 | 28 |
| b. OTHER SERVICE | 00 | 03 | 27 |
| c. TOTAL (Line (1) plus Line (2)) | 01 | 09 | 25 |
| d. TOTAL ACTIVE SERVICE | 01 | 05 | 28 |
| e. FOREIGN AND/OR SEA SERVICE | 01 | 01 | 02 |

**23a. SPECIALTY NUMBER & TITLE:** 911  **23b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** BM/0100/0000 WATER TRANS OCCUPS

**24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:**
NATIONAL DEFENSE SERVICE MEDAL
X
X

**25. EDUCATION AND TRAINING COMPLETED:**
X
X
X
X
X
X

**26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years):** EXLV:NONE TL :28MAR70 06APR70 15APR71 18MAY71

**27. INSURANCE IN FORCE (NSLI or USGLI):** [ ] YES [X] NO

**28. AMOUNT OF ALLOTMENT:** NA

**29. VA CLAIM NUMBER:** c. X X

**30. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE:** [ ] $10,000 [ ] $5,000 [ ] NONE  $15,000

**8. MONTH ALLOTMENT DISCONTINUED:** NA

**30. REMARKS:** HIGH SCHOOL -02-

**31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code):** 1533 ORLAND ST., PHILADELPHIA, PA. 19126

**32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED:** Reginald C. Noble

**33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:** E. J. FOX ASS'T PERS OFF

**34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN:**

DD FORM 214N  PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE  S/N 0102-002-0200

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

2

| DATE OF CORRECTION | CORRECTION TO DD FORM 214, ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE | DEPARTMENT, COMPONENT AND BRANCH OR CLASS |
|---|---|---|
| 27 JUL 71 | | USN |

### IDENTIFICATION DATA

| LAST NAME - FIRST NAME - MIDDLE NAME | SERVICE NUMBER | EFFECTIVE DATE OF TRANSFER OR DISCHARGE (Year, Month, Day) | SELECTIVE SERVICE LOCAL BOARD NUMBER (City, County and State) |
|---|---|---|---|
| NOBLE REGINALD CUPID | B46 72 52 | | |
| | SOC SEC ACCT NO. | 15JUN71 | #146 PHILA., PA. |

| HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | PERMANENT ADDRESS FOR MAILING GIVEN ON ORIGINAL DD FORM 214 |
|---|---|
| 1533 ORLAND ST., PHILA., PA 19126 | 1533 ORLAND ST., PHILA., PA. 19126 |

### CORRECTIONS

THE ORIGINAL ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE (DD Form 214) FOR THE ABOVE-NAMED INDIVIDUAL IS CORRECTED AS INDICATED BELOW:

| ITEM NO. | CORRECTED TO READ |
|---|---|
| 11c | BUPERSINST 1910.22: BUPERS MAN ART. 3420220 CODE 28B CHNAVPERS 221343Z OF JUN 71 |
| 13a | UNDER HONORABLE CONDITIONS |
| 13b | DD257N |
| 26b | TEN -10- |

M/Kelman for

E. Ø. FOX ASS'T/ ERS OFF
BY DIR OF THE CO
(Signature of Authenticating Officer)

**DD** ₁ FORM ₁₁ MAR ₁₁ **215**    REPLACES EDITION OF 1 NOV 65, WHICH IS OBSOLETE AFTER 31 DEC 65.

2

9-29-7├रा

# ENLISTMENT CONTRACT - ARMED FORCES OF THE UNITED STATES

**CP** *(Also to be used by AFEES in conjunction with induction processing as a means of providing data for manpower information reporting systems.)*

Form Approved
Budget Bureau No. 22-R0015

| 1. SERVICE NO. / SSAN | 2. HIGHEST SCHOOL GRADE COMPLETED | 3. RATE / GRADE | 4. BRANCH / CLASS AND COMPONENT | 5. LAST NAME - FIRST NAME - MIDDLE NAME |
|---|---|---|---|---|
| B46 72 52 | 11 | SR | USN | NOBLE REGINALD CUPID |

| 6. DATE OF ENL/INDUC | 7. TERM OF ENLISTMENT/INDUC | | 8. MANITAL STATUS | 8b. NO. DEPEND | 9. NAME & LOCATION OF ACTIVITY EFFECTING ENLISTMENT/ REENLISTMENT/INDUCTION |
|---|---|---|---|---|---|
| 11   04 69 | 2 YEARS | ☐ MINORITY | Ø - Ø | | AFEES, PHILADELPHIA PA |

| 10. AFQT SCORE | 11. ENLISTED/REENLISTED/INDUCTED | | | 12. AUTHORITY FOR ENLISTMENT/ REENLISTMENT/INDUC |
|---|---|---|---|---|
| Ø17 | ☐ 1ST ENLIST   ☐ REENL. | | ☐ INDUCTION | NAVCRUITMAN ART B22Ø2 |

| 13. TERM OF ACDU *(Reserve only)* | 14. ACTIVE/INACTIVE STATUS *(Reserve only)* | | | 15. ACCEPTED AT |
|---|---|---|---|---|
| ØØ MONTHS | RETAINED ☐ ON AD   IMMED AD ☐ *(within 24 hrs)*   INACTIVE ☐ DUTY | | | PHILADELPHIA PA |

| 16. DATE MIL OBLI INC | 17. PMOS/AFS CODE/MOD | 18. RELIGION | 19. SSAN | 20. CONTRACT DUTY LIMITATIONS |
|---|---|---|---|---|
| Ø7   Ø7 69 | A | BAPT OTH | 2Ø24Ø1452 | NA |

| 21. DATE OF BIRTH | 22. CITIZENSHIP | | | 23. PLACE OF BIRTH *(City, state or country)* |
|---|---|---|---|---|
| Ø9   Ø1 58 | ☒ US   ☐ NAT US | COUNTRY *(Specify)* ☐ | | PHILADELHIA PA |

| 24. DATE OF TRANSFER | 25. PHYSICAL PROFILE | 26. | 27. TRANSFER TO *(Activity and location)* | 28 |
|---|---|---|---|---|
| 11   Ø4 69 | B | 411936 | NTC GREAT LAKES ILL | 81 |

| 28. DATE LAST DC/RAD | 30. SVC FROM WHICH LAST DISCHARGED | 31. | 32. | 33. TYPE OF LAST DISCHARGE | 34. |
|---|---|---|---|---|---|
| 11   Ø3 69 | USNR | 32 | | HONORABLE | 1 |

| 35. DATE OF RATE/GR | 36. SELECTIVE SERVICE NO. | | 37. RATE/GR APT/RAPT | 38. SELECTIVE SERVICE LOCAL BD *(Bd No., city & state)* |
|---|---|---|---|---|
| NA | 3614650Ø455 | | NA | LB#146 PHILADELPHIA PA |

| 39. B ASD/ADBD, | 40. TOTAL ACTIVE FEDERAL SERVICE | | | 41. HOME OF RECORD |
|---|---|---|---|---|
| 11   Ø4 69 | ØØ YEARS   ØØ MONTHS   ØØ DAYS | | | PHILADELHIA PHILADELPHIA PA |

| 42. RP ED/PEBD | 43. TOTAL INACTIVE FEDERAL SERVICE | | | 44. MENTAL TEST SCORES |
|---|---|---|---|---|
| Ø7   Ø7 69 | NA YEARS   MONTHS   DAYS | | | LIT TEST 25 |

| 45. SEX | 46. RACE | 47. DATA PROCESSING CODE |
|---|---|---|
| M | NEG | 17 11 1  ØØ 7 Ø S36 36 E 11 Ø 17 Ø ØØØØØØ |

48.

INØ78 AEØØ5 FIØ72 GMØ81 MMØ93 CLØ86 GTØ79 3ØB 3 ØØ A 2 111121

### 49. PRIOR SERVICE

| BRANCH & CLASS/ ARMED FORCE & COMPONENT | SERVICE NUMBER/ SSAN | DATE ENL, IND, APT, AND/OR OAD | DATE OF DISCHARGE OR RELEASE | GRADE/ RATE OR RANK | TYPE OF DISCHARGE | REASON FOR DISCHARGE | TIME LOST *(No. Days)* |
|---|---|---|---|---|---|---|---|
| USNR | B46 72 52 | Ø7 Ø7 69 | 11 Ø3 69 | SR | HON | ENL USN | NONE |

50. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment and that, if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance.

I am of the legal age to enlist. I have never deserted from and I am not a member of the Armed Forces of the United States, the US Coast Guard or any Reserve component thereof. I have never been discharged from the Armed Forces or any type of civilian employment in the United States or any other country on account of disability or through sentence of either civilian or military court unless as indicated by me in item 56, "Remarks" of this contract. I am not now drawing retired pay, a pension, disability allowance, or disability compensation from the government of the United States.

51. SECTION 5538 OF TITLE 10 OF THE UNITED STATES CODE is quoted: *"(a)* The Secretary of the Navy may extend enlistments in the Regular Navy and the Regular Marine Corps in time of war or in time of national emergency declared by the President for such period as he considers necessary in the public interest. Such member whose enlistment is extended under this section shall be discharged not later than six months after the end of the war or national emergency, unless he voluntarily extends his enlistment. *(b)* The substance of this section shall be included in the enlistment contract of each person enlisting in the Regular Navy or Regular Marine Corps."

52. SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE is quoted: *"(a)* The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. *(b)* Each member retained under this section —(1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. *(c)* The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

53. I understand that, upon enlistment in a Reserve component of any of the Armed Forces of the United States, or upon transfer or assignment thereto, in time of war or National emergency declared by Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter, or such other period authorized by law.

54. I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated.

NAVPERS 6#1-131-1

**DD FORM 4, 1 APR 66**      REPLACES DD FORM 4, 1 AUG 66, WHICH IS OBSOLETE.