# I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT</small><br>F<small>OR THE</small> E<small>ASTERN</small> D<small>ISTRICT OF</small> P<small>ENNSYLVANIA</small>

| | |
|---|---|
| In re | : |
| | : |
| REGINALD CUPID NOBLE, *et al* | : |
| | : Misc. No. 16-3007 SR |
| Debtor | : |

## ORDER

AND NOW, upon consideration of the Involuntary Petition filed by JUDAH A. BEY ISRA'EL and BEY ISRAEL JUDAH against the above-captioned entity, *et al* (See Petition), it is hereby

ORDERED that the Petition is dismissed. There is no legal basis for the commencement of the above case, which appears to have been filed for an unknown, but obviously improper purpose. In light of the clear indicia of abuse present in this circumstance, the Court also orders that no further bankruptcy cases may be filed by the named Debtors and/or the Petitioners (see Petition), nor shall same be accepted for filing by the Clerk's office without express written permission from the Court.

By the Court:

STEPHEN RASLAVICH
United States Bankruptcy Judge

Dated: <u>September 16, 2016</u>

**MAILING LIST:**

George Conway, Esquire
Office of the U.S. Trustee
950W Curtis Center
7th & Sansom Streets
Philadelphia PA  19106

Noble Reginald Cupid
c/o 1533 Orland Street
Philadelphia, PA